IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:02CR3028 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| OSCAR SAUCEDO, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the court's memorandum and order filed this date,

IT IS ORDERED that the defendant's motion under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence is dismissed on initial review. The clerk of the court shall close this file for statistical purposes.

DATED: May 5, 2005.            BY THE COURT:

                               s/ Richard G. Kopf
                               United States District Judge